FILED
SEP 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REINA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> IMPERIAL IRRIGATION DISTRICT, *et al.*, <br><br> Defendants. | Case No. 94-1378 GT (JFS) <br><br> Judge Gordon Thompson <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED that Plaintiffs' and Defendants' Joint Motion for Dismissal with Prejudice is GRANTED in its entirety.

Dated: *Sept. 24*, 2008

The Honorable Gordon Thompson
United States District Court Judge

---